# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SALAZAR,<br><br>             Plaintiff,<br><br>      v.<br><br>CLARK,<br><br>             Defendant. | Case No.  1:20-cv-01464-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AMENDED NOTICE OF REMOVAL<br><br>(ECF No. 1)<br><br>**SEVEN (7) DAY DEADLINE** |

Plaintiff Kevin Salazar ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action in Kings County Superior Court on May 18, 2020.  On October 15, 2020, Defendant Clark ("Defendant") removed the action and requested that the Court screen the complaint under 28 U.S.C. § 1915A(a) and that Defendant be allowed thirty days from the screening of the complaint to file a responsive pleading.  (ECF No. 1.)

Upon review of the copy of the complaint attached to the notice of removal, there appear to be missing pages.  The document is numbered pages "1 of 36" to "11 of 36," but there do not appear to be additional pages attached.  (See ECF No. 1, pp. 7, 18.)  It is not clear from Defendant's filing whether the pages were omitted in error or whether this is a complete copy of what was served on Defendant.

///

1

1 Accordingly, Defendant is HEREBY DIRECTED to submit an amended notice of removal within **seven (7) days** following service of this order to include a complete copy of the complaint, or to provide written notice if the copy of the complaint originally served on Defendant was also missing pages.

IT IS SO ORDERED.

Dated: **October 16, 2020**        /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE