UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK,<br><br>    Defendant. | No. 1:20-cv-01464-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 9) |

Plaintiff Kevin Salazar is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 15, 2021, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that this action proceed on claims for deliberate indifference to the risk of harm in violation of the Eighth Amendment against defendants Clark and Flores and for negligence against defendants Clark and Flores. (Doc. No. 9.) The magistrate judge further recommended that all other claims and defendants be dismissed from this action based on plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 9.) No objections have been filed, and the deadline to do so has expired.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 15, 2021, (Doc. No. 9), are adopted in full;
2. This action shall proceed on plaintiff's first amended complaint, filed December 14, 2020, (Doc. No. 8), against defendants Clark and Flores for deliberate indifference to the risk of harm in violation of the Eighth Amendment and for negligence;
3. All other claims are dismissed from this action for failure to state a claim upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 5, 2021**

_____
UNITED STATES DISTRICT JUDGE