# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SALAZAR,<br><br>            Plaintiff,<br><br>   v.<br><br>CLARK, *et al.*,<br><br>            Defendants. | Case No. 1:20-cv01464-NONE-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT CLARK TO FILE RESPONSIVE PLEADING<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Kevin Salazar ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This action was removed from Kings County Superior Court on October 15, 2020 by Defendant Clark.

      On January 15, 2021, the Court screened the first amended complaint and issued findings and recommendations that this action proceed on Plaintiff's first amended complaint against Defendants Clark and Flores for deliberate indifference to the risk of harm in violation of the Eighth Amendment and for negligence, and that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (ECF No. 9.) No objections were filed, and on March 5, 2021, the assigned District Judge adopted the findings and recommendations in full. (ECF No. 12).

      This action now proceeds against Defendants Clark and Flores for deliberate indifference to the risk of harm in violation of the Eighth Amendment and for negligence.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Clark's response to the first amended complaint, filed December 14, 2020, is due within **thirty (30) days** from the date of service of this order; and
2. Defendant Flores will be electronically served with the first amended complaint by separate order.

IT IS SO ORDERED.

Dated: __March 8, 2021__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE