# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01464-NONE-BAM (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>(ECF No. 22)<br><br>**Date: August 17, 2021**<br>**Time: 11:00 a.m.** |

　　　　A remote settlement conference in this matter is currently scheduled on July 23, 2021, at 10:30 a.m. before Magistrate Judge Stanley A. Boone. In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court has ordered that the settlement conference occur remotely through the Zoom videoconferencing application. (ECF No. 22.)

　　　　The Court, having been informed that the videoconferencing equipment at Kern Valley State Prison, where Plaintiff is currently incarcerated, is unavailable on July 23, 2021, for good cause continues the settlement conference previously scheduled on that date to **August 17, 2021 at 11:00 a.m.** All provisions of the prior order setting the settlement conference, (ECF No. 22), shall apply for the new settlement conference date. The parties shall submit their confidential settlement statements at least one week in advance of the new settlement conference date.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The remote settlement conference will be continued to **August 17, 2021 at 11:00 a.m.**; and

2. Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated: **June 2, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE