**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SALAZAR, | ) Case No.: 1:20-cv-01464-NONE-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE KEVIN SALAZAR IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| CLARK, *et al.*, | ) |
| Defendants. | ) |

Plaintiff Kevin Salazar is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 17, 2021.  Inmate Kevin Salazar, CDCR #AP-4085, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE