UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SALAZAR,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK,<br><br>  Defendant. | Case No. 1:20-cv-01464-NONE-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY-DAY DEADLINE |

On August 17, 2021, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 17, 2021**

UNITED STATES MAGISTRATE JUDGE

1