**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SALAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, *et.al.*,<br><br>        Defendants. | Case No. 1:20-cv-01464-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AS PREMATURE<br><br>(ECF No. 33) |

On August 18, 2021, the undersigned conducted a settlement conference in this case and the parties reached a settlement agreement, and the case was dismissed on August 20, 2021. (ECF Nos. 30, 32.)

On December 10, 2021, Plaintiff filed a motion to enforce the settlement agreement. (ECF No. 33.) Plaintiff indicates that it has been more than 100 days and he has not received the settlement funds. (Id. at 1.) Plaintiff's motion is premature because it was filed prior to the 180 days allotted to deliver the settlement funds. However, Defendants are advised to be prepared to address the issue of the delivery of the settlement funds if not paid within the 180 days or there is another reason for the lack of funds. Accordingly, Plaintiff's motion to enforce the settlement agreement is denied as premature.

IT IS SO ORDERED.

Dated:   **December 14, 2021**                                   /s/ 
                                                                                          UNITED STATES MAGISTRATE JUDGE

1